UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>               Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>               Plaintiffs,<br><br>               v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>               Defendants. | Adv. Pro. No. 10-03630 (CGM) |

**THIRD AMENDED SCHEDULING ORDER
ON PERSONAL JURISDICTION BRIEFING AND SUBSEQUENT DISCOVERY**

      **WHEREAS**, on September 28, 2021, the Court entered a scheduling order for briefing motions to dismiss for lack of personal jurisdiction ("PJ Motions");

      **WHEREAS**, on January 14, 2022, the Court amended that scheduling order to facilitate the parties' continued negotiations over jurisdictional discovery;

      **WHEREAS**, the parties stipulated to the Second Amended Scheduling Order on Personal Jurisdiction Briefing and Subsequent Discovery, so-ordered by the Court at ECF No. 245 ("Second Amended Scheduling Order");

      **WHEREAS**, the Second Amended Scheduling Order gave the Liquidators until March 31, 2023 to file briefs in opposition to defendants' PJ Motions, which extension was necessary to account for the jurisdictional discovery that was then still in progress;

      **WHEREAS**, the Liquidators are continuing to negotiate disputed discovery issues and

further document productions with respect to defendant Private-Space Ltd. ("Private-Space").

**WHEREAS**, the Liquidators require sufficient time in which to resolve the referenced disputed issues and review any further documents that may be produced in consequence of those discussions in order to properly respond to the PJ Motion;

**WHEREAS**, defendant Private-Space joined the Liquidators in submitting the Joint Notice of Presentment of Order Amending Case Schedule filed herewith and consents to extend the deadline for the Liquidators to file their opposition brief to Private-Space's PJ Motion from March 31, 2023 to May 12, 2023;

**WHEREAS**, pursuant to the Second Amended Scheduling Order, the Liquidators must provide 30-days' notice to Private-Space should Liquidators choose to file its opposition to Private-Space's PJ Motion prior to March 31, 2023;

**WHEREAS**, pursuant to the Second Amended Scheduling Order, Private-Space must file its reply in further support of its PJ Motion within 90 days of service of an opposition;

**WHEREAS**, there is good cause to extend the case schedule accordingly;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. The Liquidators shall file their opposition to Private-Space's PJ Motion by **May 12, 2023**, with 30 days' notice to the defendant should Liquidators choose to file their opposition to Private-Space's PJ Motion prior to **May 12, 2023**;

2. Private-Space shall file its reply in further support of its PJ Motion within 90 days of service of an opposition with respect to its PJ Motion;

3. The Court shall hear argument with respect to Private-Space's PJ Motion at the next omnibus conference that is at least 30 days after service of a reply in further support of such PJ Motion;

4. To the extent not modified herein, the provisions of the September 28, 2021 scheduling order regarding the PJ Motions, the provisions of the October 19, 2021 scheduling order following the parties' Rule 26(f) conference, and all other provisions of the July 27, 2022 Second Amended Scheduling Order remain in full force and effect.



**Dated: March 22, 2023
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
U.S. Bankruptcy Judge**