UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>   Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>HSBC SECURITIES SERVICES (LUXEMBOURG) SA, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03630 (CGM) |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>HSBC PRIVATE BANK (SUISSE) SA, et al.,<br><br>   Defendants. | Adv. Pro. No. 10-03633 (CGM) |

**JOINT STIPULATION REGARDING ORAL ARGUMENT
ON MOTIONS TO AMEND THE SCHEDULING ORDERS**

  **WHEREAS**, on March 24, 2023, the Liquidators filed their Motions to Amend the Scheduling Orders (the "Motions"), requesting the entry of orders (1) adjourning the April 19, 2023 oral argument on HSBC Securities Services Luxembourg SA's and HSBC Private Bank (Suisse) SA's (collectively, "HSBC") pending Rule 12(b)(2) motions to dismiss (the "PJ Motions") until July 19, 2023, and (2) allowing the Liquidators to file by June 30, 2023, sur-replies of no more than fifteen pages;

**WHEREAS**, on March 31, 2023, HSBC filed their oppositions to the Motions;

**WHEREAS**, on April 4, 2023, the Liquidators filed their replies on the Motions, and the Motions thereby became fully briefed;

**IT IS HEREBY STIPULATED AND AGREED** that the parties consent to the Court's resolution of the Motions based on the parties' written submissions without oral argument.

Dated:   April 7, 2023
         New York, New York

| | |
|---|---|
| SELENDY GAY ELSBERG PLLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | |
| /s/   David Elsberg | /s/   Nowell D. Bamberger |
| David Elsberg | Jeffrey A. Rosenthal |
| Maria Ginzburg | Joseph M. Kay |
| Jordan Goldstein | JD Colavecchio |
| Lena Konanova | Thomas Q. Lynch |
| David S. Flugman | One Liberty Plaza |
| Joshua S. Margolin | New York, NY 10006 |
| 1290 Avenue of the Americas | T: 212-225-2000 |
| New York, NY 10104 | jrosenthal@cgsh.com |
| T: 212-390-9000 | jkay@cgsh.com |
| delsberg@selendygay.com | jdcolavecchio@cgsh.com |
| mginzburg@selendygay.com | tlynch@cgsh.com |
| jgoldstein@selendygay.com | |
| lkonanova@selendygay.com | Nowell D. Bamberger |
| dflugman@selendygay.com | 2112 Pennsylvania Avenue, N.W. |
| jmargolin@selendygay.com | Washington, D.C. 20037 |
| | T: 202-974-1500 |
| -and- | nbamberger@cgsh.com |
| | |
| BROWN RUDNICK LLP | *Attorneys for Defendants HSBC Securities Services Luxembourg SA and HSBC Private Bank (Suisse) SA* |
| David J. Molton | |
| Marek P. Krzyzowski | |
| Seven Times Square | |
| New York, NY 10036 | |
| T: 212-209-4800 | |
| dmolton@brownrudnick.com | |
| mkrzyzowski@brownrudnick.com | |

*Attorneys for Plaintiffs Joint Liquidators*

2